Jared T. Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
SIEGFRID LUTZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEGFRID LUTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-00024-DMC<br><br>STIPULATION FOR 45 DAY EXTENSION FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended forty-five (45) days until August 1, 2019. This is Plaintiff's first request for an extension of time. Plaintiff's counsel requires additional time to prepare Plaintiff's opening brief because the administrative record is extremely long, consisting of more than 7,500 pages, about 7,000 of which are medical treatment reports. Plaintiff's counsel also has been unable to prepare Plaintiff's brief in accordance with the current scheduling order due to counsel's conflicting deadlines in unrelated matters, including briefing of an appeal to the Ninth Circuit, handling of two state court motions for summary judgment, and associated depositions. With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: June 17, 2019                         Respectfully submitted,

                                                   /s/ *Jared T. Walker*
                                                   Jared T. Walker,
                                                   Attorney for Plaintiff

SO STIPULATED:

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: June 17, 2019                   By:    /s/ *Tina Naicker*\*
                                        (\**authorized by e-mail on 6/17/2019*)
                                        Tina Naicker
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

                                        <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: June 18, 2019

                                        _____
                                        DENNIS M. COTA
                                        UNITED STATES MAGISTRATE JUDGE