Jared T. Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
SIEGFRID LUTZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEGFRID LUTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL,<br>Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No.: 2:19-cv-00024-DMC<br><br>STIPULATION FOR ADDITIONAL EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended forty-five (45) days, from the current deadline, such that Plaintiff's new deadline, with the Court's approval, will be September 16, 2019. The parties are presently engaged in settlement discussions, and this extension of time is necessary to allow sufficient time for the Social Security Administration to consider Plaintiff's pending request to voluntarily remand this matter. With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: July 29, 2019                     Respectfully submitted,

                                          /s/ *JARED WALKER*
                                          Jared T. Walker,
                                          Attorney for Plaintiff

///

///

| | |
|---|---|
| 1 | SO STIPULATED: |
| 2 | McGREGOR W. SCOTT<br>United States Attorney |
| 3 | |
| 4 | Dated: July 29, 2019    By:   /s/ *Tina Naicker |
|   | (*authorized by email on 7/29/2019   ) |
| 5 | Tina Naicker<br>Special Assistant United States Attorney |
| 6 | Attorneys for Defendant |

SO STIPULATED:

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated: July 29, 2019        By:   /s/ *Tina Naicker
                                              (*authorized by email on 7/29/2019   )
                                              Tina Naicker
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  August 1, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE