# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEGFRID LUTZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:19-CV-0024-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On September 25, 2019, the court directed plaintiff to show cause why this action should not be dismissed for failure to file a dispositive motion. A review of the docket reflects plaintiff has filed his motion for summary judgment. Good cause appearing therefor, the order to show cause is discharged.

IT IS SO ORDERED.

Dated: October 24, 2019

                                                   DENNIS M. COTA
                                                   UNITED STATES MAGISTRATE JUDGE