MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SIEGFRID LUTZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-00024-DMC<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME** |

  IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from November 20, 2019 to **January 15, 2020**.[1]  This is Defendant's first request for extension.  Good cause exists to grant Defendant's request for extension.  Counsel for Defendant (Counsel) was out on intermittent family medical leave to take care of her elderly mother, who had three surgeries, including a major surgery in September.  In addition, Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-December, and two pending Ninth Circuit matters which require multiple levels of review.  In addition, Counsel has been having ongoing health issues and was out of the office on intermittent sick

---

[1] Counsel for Defendant sincerely apologizes for the belated request for extension due to a mistake and calendaring error.  Counsel sought an extension of time as soon as she realized the error.

JS for Extension of Time; 2:19-cv-00024-DMC     1

leave the last few weeks.  Due to unanticipated leave and heavy caseload, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment.  Counsel is also expected to be out on leave for the Thanksgiving holiday from November 28, 2019 to December 6, 2019 and again from December 23, 2019 to December 31, 2019.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable.

Respectfully submitted,

Dated:  November 25, 2019　　　　　/s/  Jared Walker
　　　　　　　　　　　　　　　　　(*as authorized by email on November 22, 2019
　　　　　　　　　　　　　　　　　JARED WALKER
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  November 25, 2019　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　By　　/s/  Tina L. Naicker
　　　　　　　　　　　　　　　　　TINA L. NAICKER
　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED NUNC PRO TUNC TO NOVEMBER 20, 2019:

Dated:  December 3, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE