MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SIEGFRID LUTZ,<br><br>           Plaintiff,<br><br>    vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No.: 2:19-cv-00024-DMC<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from January 15, 2020 to **February19, 2020**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant (Counsel) had been out on medical leave due to sustaining a wrist injury, rendering her incapable of using her left (dominant) hand all of last week. Counsel is still experiencing severe pain and is intermittently working until further evaluation of the extent of her hand injury. In addition, Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-February, and two pending Ninth Circuit matters which require multiple levels of review, one with a due date to the U.S. Attorney today, the current filing deadline and next

week.  Due to unanticipated leave and heavy caseload, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable.

Respectfully submitted,

Dated: January 15, 2020         /s/  *Jared Walker*
                                (*as authorized by email on January 15, 2020
                                JARED WALKER
                                Attorney for Plaintiff

Dated:  January 15, 2020        MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                         By     /s/  *Tina L. Naicker*
                                TINA L. NAICKER
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated:  January 16, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE