# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEGFRID LUTZ, | No. 2:19-CV-0024-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). The parties' stipulation for an extension of time for defendant to file a response to plaintiff's motion for summary judgment is approved. Defendant's response is due by February 28, 2020.

IT IS SO ORDERED.

Dated: February 24, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE