MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SIEGFRID LUTZ,<br><br>Plaintiff,<br><br>vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:19-cv-00024-DMC<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from February 28, 2020 to **March 10, 2020**. This is Defendant's fourth request for extension. Good cause exists to grant Defendant's request for extension. Counsel respectfully request additional time due to ongoing health issues and apologizes for the belated request for extension, as she has been out on sick leave since February 27, 2020 for her health issues. In addition, on February 28, 2020, the date of the filing deadline, Counsel had to take her elderly mother to the hospital and was also unexpectedly out of the office on that date. In addition, Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-March, and a pending Ninth Circuit matter, which requires multiple levels of review due on

| | |
|---|---|
| 1 | March 3, 2020 to the U.S. Attorney's Office.  Due to unanticipated leave, heavy caseload and |
| 2 | shortened staff, Counsel needs additional time to adequately review the transcript and properly |
| 3 | respond to Plaintiff's Motion for Summary Judgment.  The parties further stipulate that the |
| 4 | Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good |
| 5 | faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated |
| 6 | request, but made her request as soon as reasonably practicable, as Counsel has been out of the |
| 7 | office. |

Respectfully submitted,

Dated: March 2, 2020         /s/ *Jared Walker*
                             (*as authorized by email on March 2, 2020
                             JARED WALKER
                             Attorney for Plaintiff

Dated: March 2, 2020         MCGREGOR W. SCOTT
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                        By   /s/ *Tina L. Naicker*
                             TINA L. NAICKER
                             Special Assistant U.S. Attorney
                             Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated: March 4, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE