# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEGFREID LUTZ, | No. 2:19-CV-0024-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c); see also ECF Nos. 7 and 8 (consent election forms).

On March 9, 2020, the parties filed a stipulation for voluntary remand. See ECF No. 26. Pursuant to the parties' stipulation, the matter shall be remanded to the agency for further administrative proceedings to, as warranted, re-evaluate the medical evidence, complete the record, and resolve any remaining issues in the five-step sequential evaluation process.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is remanded to the agency pursuant to the parties' stipulation; and

2. The Clerk of the Court is directed to enter judgment and close this file.

Dated: March 19, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE