UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SIEGFRID LUTZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | ) CIVIL NO. 2:19-cv-00024-DMC<br>)<br>) **ORDER GRANTING DEFNDANT'S**<br>) **MOTION FOR EXTENSION OF**<br>) **TIME TO MODIFY BRIEFING**<br>) **SCHEDULE FOR PLAINTIFF'S**<br>) **MOTION FOR ATTORNEYS' FEES**<br>)<br>)<br>)<br>) |

**ORDER**

For good cause appearing therein, IT IS HEREBY ORDERED that the Motion for Extension of Time for Defendant Respond to Plaintiff's Motion for Attorneys Fees (Dkt 29) is hereby GRANTED. Defendant shall file his Opposition to Plaintiff's Motion on or before **June 26, 2020**. All other deadlines shall be extended accordingly.

**IT IS SO ORDERED.**

**Dated:  June 25, 2020**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE